Lincoln Davis Wilson (N.J. Bar No. 02011-2008)
Timothy A. Garrison*
Gabriella McIntyre*
Mercer Martin*
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
lwilson@ADFLegal.org
tgarrison@ADFLegal.org
gmcintyre@ADFLegal.org
mmartin@ADFLegal.org

*Counsel for Plaintiff-Appellant*
*Motion for pro hac vice admission filed*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| **FIRST CHOICE WOMEN'S RESOURCE CENTERS, INC.,** <br><br> *Plaintiff,* <br><br> v. <br><br> **MATTHEW PLATKIN**, in his official capacity as Attorney General for the State of New Jersey, <br><br> *Defendant.* | Civil Action File No.: 3:23-cv-23076-MAS-TJB <br><br><br> **NOTICE OF APPEAL** <br><br> *Document Filed Electronically* |

PLEASE TAKE NOTICE that Plaintiff First Choice Women's Resource

Centers, Inc. hereby appeals to the United States Court of Appeals for the Third

1

Circuit from the January 12, 2024 Memorandum (Dkt. 28) and Order (Dkt. 29) denying its motion for temporary restraining order and dismissing this action *sua sponte* for lack of subject matter jurisdiction.

Dated: January 16, 2023                    Respectfully submitted,


                                           /s/ Lincoln Davis Wilson
                                           Lincoln Davis Wilson (N.J. 02011-2008)
                                           Timothy A. Garrison*
                                           Gabriella McIntyre*
                                           Mercer Martin*
                                           ALLIANCE DEFENDING FREEDOM
                                           440 First Street NW, Suite 600
                                           Washington, DC 20001
                                           Telephone: (202) 393-8690
                                           Facsimile: (202) 347-3622
                                           lwilson@ADFLegal.org
                                           tgarrison@ADFLegal.org
                                           gmcintyre@ADFLegal.org
                                           mmartin@ADFLegal.org

                                           *Counsel for Plaintiff-Appellant*

                                           *Motion for pro hac vice admission filed*