

February 6, 2024

**VIA ECF**
Patricia S. Dodszuweit
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

Re: *First Choice Women's Resource Centers, Inc. v. Platkin*, No. 24-1111

Dear Ms. Dodszuweit:

    Plaintiff-Appellant First Choice Women's Resource Centers submits this letter pursuant to FRAP 28(j) concerning recent events bearing on First Choice's motion for injunction pending appeal. After First Choice filed its reply in support of that motion on Friday, February 2, Defendant-Appellee Matthew Platkin sent First Choice an order to show cause issued by the New Jersey Superior Court, Essex County, in AG Platkin's pending state-court action to enforce the Subpoena (attached). The order to show cause contemplates a summary enforcement proceeding just like the one at issue in the pending appeal in *Smith & Wesson*, No. 23-1223. And though the parties are conferring regarding scheduling, the order to show cause further contemplates a dispositive hearing to take place on March 13, 2024.

    AG Platkin's aggressive enforcement action in seeking this order to show cause plainly establishes an active controversy ripe for federal judicial review that undermines the district court's dismissal for lack of jurisdiction. It also underscores the need for an injunction from this Court both to protect its own jurisdiction and to prevent irreparable harm to First Choice from the permanent loss of its right to federal judicial review, the threat of duplicative proceedings, and chilling of its First Amendment freedoms.

                                              Respectfully Submitted,

                                             /s/ *Lincoln Davis Wilson*
                                             Lincoln Davis Wilson

Attachment

cc: All counsel of record, via ECF