UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-057-E

No. 24-1111

FIRST CHOICE WOMEN'S RESOURCE CENTERS INC,
Appellant

v.

ATTORNEY GENERAL NEW JERSEY, Matthew Platkin, in his official capacity as Attorney General for the State of New Jersey

(D.N.J. No. 3-23-cv-23076)

Present: KRAUSE, FREEMAN, and SCIRICA, Circuit Judges

1. Emergency Motion filed by Appellant First Choice Women's Resource Center for Injunction Pending Appeal Rule 27.7 Expedited Consideration Requested

2. Response filed by Appellee Attorney General New Jersey

3. Addendum to Response filed by Appellee Attorney General New Jersey

4. Reply filed by Appellant First Choice Women's Resource Center

5. 28(j) Letter filed by Appellant First Choice Women's Resource Center

6. 28(j) Letter filed by Appellee Attorney General New Jersey

Respectfully,
Clerk/lmr

_____ORDER_____

The above-referenced Emergency Motion is DENIED without prejudice to reconsideration by the merits panel and/or the filing of a request for an expedited briefing schedule.

By the Court,

s/Cheryl Ann Krause
Circuit Judge

Dated: February 15, 2024
Lmr/cc: All Counsel of Record