UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-124-E

No. 24-1111

FIRST CHOICE WOMEN'S RESOURCE CENTERS INC,
Appellant

v.

ATTORNEY GENERAL NEW JERSEY, Matthew Platkin, in his official capacity as
Attorney General for the State of New Jersey

(D.N.J. No. 3-23-cv-23076)

Present:  KRAUSE, FREEMAN and SCIRICA, Circuit Judges

1. Motion filed by Appellant First Choice Women's Resource Centers Inc for an
   Injunction pending Appeal or, Alternatively, for Summary Vacatur and
   Remand

2. Motion filed by Appellee Attorney General New Jersey to Dismiss Appeal as
   Moot

3. Response filed by Appellee Attorney General New Jersey

4. Response filed by Appellant First Choice Women's Resource Centers Inc

5. Reply filed by Appellee Attorney General New Jersey

6. Reply filed by Appellant First Choice Women's Resource Centers Inc

Respectfully,
Clerk/lmr

_____ORDER_____

The foregoing motions are denied as presented.

In this appeal, Appellant seeks review of the District Court's January 2024 order
dismissing its complaint for lack of subject matter jurisdiction. Because the District

Court concluded that Appellant's claims were not ripe, it did not reach the merits of the claims or the request for injunctive relief.

Based on subsequent developments in state court, it is now undisputed that Appellant's claims are ripe.  We therefore DISMISS this appeal as moot and REMAND this action to the District Court for further proceedings.  We leave it to the District Court to address any requests for injunctive relief in the first instance.

By the Court,

s/Arianna J. Freeman
Circuit Judge

Dated: July 9, 2024
CJG/cc:    Timothy A. Garrison, Esq.
           Erin M. Hawley, Esq.
           Lincoln D. Wilson, Esq.
           Angela Cai, Esq.
           Samuel Rubinstein, Esq.